UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK J. WINGSTER,<br><br>*Plaintiff*,<br><br>v.<br><br>STACEY ANN LYONS, DANIEL V. CYR, & KATEEMA RIETTIE,<br><br>*Defendants*. | Civil No. 3:20cv1087 (JBA)<br><br>June 15, 2023 |

## ORDER OF ADMINISTRATIVE DISMISSAL

As set forth on the record this date, and with the consent of all parties, this case is being administratively closed without prejudice to reopening, upon motion, following the filing of appearance of Plaintiff's newly retained counsel. At that time, this trial ready case will proceed accordingly.

The Clerk is requested to close this case.

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 15th day of June, 2023.